IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARRICK HENDERSON,
ADC #552934                                                                                           PLAINTIFF

v.                         Case No. 5:17-cv-00212-KGB-BD

JOSEPH GORMAN, *et al*.                                                                       DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere (Dkt. No. 8). The parties have not filed objections, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety (*Id*.).

Defendants Kenny Edwards and Todd Wright are dismissed without prejudice as defendants from this lawsuit. Plaintiff Garrick Henderson may proceed with his failure-to-protect and inadequate-medical-care claims against defendants Joseph Gorman, Ty Jones, and Robert Drabert.

So ordered this the 19th day of June, 2018.

_____
Kristine G. Baker
United States District Judge